ACCEPTED
04-14-00579-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/26/2015 10:59:26 AM
KEITH HOTTLE
CLERK

Cause No. 04-14-00579-CV

| | | |
|---|---|---|
| Jay Kay Bear, Ltd., | § | In the Court of Appeals |
| Appellant/ Cross-Appellee, | § | FILED IN |
| | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| —versus— | § | Fourth Court of Appeals District 05/20/2015 10:59:26 AM |
| | § | KEITH E. HOTTLE |
| Patty Martin, | § | Clerk |
| Appellee/ Cross-Appellant. | § | San Antonio, Texas |

## JOINT FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE AND BRIEF OF CROSS-APPELLEE

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COME Appellant/ Cross-Appellee Jay Kay Bear, Ltd., and Appellee/ Cross-Appellant Patty Martin, and jointly request that this Court extend the deadline to file the Brief of Appellee and the Brief of Cross-Appellee by thirty days, and would respectfully show the Court as follows:

### A.    Factual and Procedural History

1.    The case is on appeal from the 45th Judicial District Court, Bexar County, Texas.

2.    The style and number of the case in the trial court was *Patty Martin v. V. Keith Dullye, Bexar Mercantile, Inc., Jay Kay Bear, Ltd., John M. Killian, Individually and as Trustee, Frerich Capital, Ltd.*, Bexar County District Court Cause No. 2011-CI-11890.

3.    This is an appeal from a Final Judgment rendered after a bench trial.

4.    The present deadline for Appellee and Cross-Appellee to file their Appellees' briefs in this case is March 30, 2015.

### B.    Argument and Authorities

5.    This Court has the authority to grant a motion to extend the deadline to file a party's brief under Texas Rule of Appellate Procedure 10.5(b).

6.     Appellee and Cross-Appellee each seek an extension of time of thirty (30) days—until April 29, 2015—to file their briefs.

7.     The appellate record in this case is voluminous. The Clerk's Record is two volumes. The Supplemental Clerk's Record is one volume. And the Reporter's Record is fourteen volumes.

8.     Appellee and Cross-Appellee each require additional time to review the appellate record, perform the legal research, and draft briefs that will be helpful to this Court.

9.     This is the first motion for extension of the deadline to file the Appellees' briefs filed in this case.

## C.     Conclusion and Prayer

10.    For the foregoing reasons, Appellant/ Cross-Appellee Jay Kay Bear, Ltd., and Appellee/ Cross-Appellant Patty Martin respectfully request that this Court grant this Joint Motion for Extension of Time to File Brief of Appellee and Brief of Cross-Appellee, and extend the deadline filing those briefs until April 29, 2015.


Respectfully submitted,


  /s/ Beth Watkins                              /s/ Patricia M. Oviatt
Beth Watkins                            Patricia M. Oviatt
State Bar No. 24037675                  State Bar No. 24046571
LAW OFFICE OF BETH WATKINS              COKINOS, BOSIEN & YOUNG
926 Chulie Drive                        10999 West IH 10, Suite 800
San Antonio, Texas 78216                San Antonio, Texas 78230
(210) 225-6666—phone                    (210) 293-8700—phone
(210) 225-2300—fax                      (210) 293-873—fax
Beth.Watkins@WatkinsAppeals.com         POviatt@cbylaw.com

COUNSEL FOR APPELLANT/ CROSS-APPELLEE   COUNSEL FOR APPELLEE/ CROSS-APPELLANT
JAY KAY BEAR, LTD.                       PATTY MARTIN

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 23, 2015, I e-mailed Patricia M. Oviatt, Counsel for Appellee/ Cross-Appellant Patty Martin. On March 24, 2015, Ms. Oviatt responded that, on behalf of her client, she agreed to this motion.

             */s/ Beth Watkins*
             Beth Watkins


**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2015, a true and correct copy of the foregoing Appearance of Counsel was electronically served on the following counsel of record:

Patricia M. Oviatt
COKINOS, BOSIEN & YOUNG
10999 West IH 10, Suite 800
San Antonio, Texas 78230
POviatt@cbylaw.com

COUNSEL FOR APPELLEE/ CROSS-APPELLANT
PATTY MARTIN

             */s/ Beth Watkins*
             Beth Watkins

             COUNSEL FOR APPELLANT/ CROSS-APPELLEE
             JAY KAY BEAR, LTD.